# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | Case No. 12-40798 |
|---|---|
| DOEL GONZALEZ | |
| YOLANDA GONZALEZ | |
| Debtor(s) | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/15/2012.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 04/25/2013.

6) Number of months from filing to last payment: 6.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $37,497.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $5,000.00 |
| Less amount refunded to debtor | $1,000.00 |

**NET RECEIPTS:** **$4,000.00**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,078.66 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $200.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$2,278.66**

Attorney fees paid and disclosed by debtor:      $153.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 500 FAST CASH | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN FAMILY INSURANCE | Unsecured | 284.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN FAMILY INSURANCE | Unsecured | 255.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 2,110.00 | 2,390.70 | 2,390.70 | 0.00 | 0.00 |
| AMERILOAN | Unsecured | 555.00 | NA | NA | 0.00 | 0.00 |
| AUDIT SYSTEMS INCORPORATED | Unsecured | 2,855.00 | NA | NA | 0.00 | 0.00 |
| BRIGHTON FIN | Unsecured | 289.00 | NA | NA | 0.00 | 0.00 |
| CARDINAL MANAGEMENT | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SVCS LLC | Unsecured | 971.00 | 1,073.11 | 1,073.11 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SVCS LLC | Unsecured | 1,802.00 | 10,412.25 | 10,412.25 | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 3,332.00 | 3,331.32 | 3,331.32 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 513.00 | 1,049.20 | 1,049.20 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,459.00 | 1,539.42 | 1,539.42 | 0.00 | 0.00 |
| EASTSIDE LENDERS LLC | Unsecured | 500.00 | 800.00 | 800.00 | 0.00 | 0.00 |
| FAST CASH ADVANCE INC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| GEICO | Unsecured | 3,125.00 | NA | NA | 0.00 | 0.00 |
| HAWTHORNE ARCHITECTURAL REG | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| HAWTHORNE ARCHITECTURE | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| HAWTHORNE VILLAGE | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| HFC USA | Unsecured | 7,311.00 | NA | NA | 0.00 | 0.00 |
| HSBC/BEST BUY | Unsecured | 1,146.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 195.86 | 195.86 | 0.00 | 0.00 |
| INTEGRITY ADVANCE LLC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 510.00 | 510.00 | 510.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,002.00 | 753.18 | 753.18 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 510.00 | 510.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 480.00 | 480.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 430.00 | 430.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 510.00 | 510.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK NATIONAL | Secured | 256,000.00 | 390,018.76 | 487,425.63 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NATIONAL | Secured | NA | 97,406.87 | 90,000.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NATIONAL | Unsecured | 155,147.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 6,445.00 | 6,470.40 | 6,470.40 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 937.54 | 937.54 | 0.00 | 0.00 |
| MY CASH NOW | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| National Capital Management | Secured | NA | NA | NA | 0.00 | 0.00 |
| National Capital Management | Unsecured | 3,636.00 | 5,047.32 | 5,047.32 | 0.00 | 0.00 |
| NATIONWIDE CASH | Unsecured | 335.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN YES | Unsecured | 928.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY MAX | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,010.00 | 1,010.96 | 1,010.96 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 5,347.00 | 5,346.19 | 5,346.19 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,783.00 | 1,783.13 | 1,783.13 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,801.56 | 1,801.56 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 941.00 | 1,044.12 | 1,044.12 | 0.00 | 0.00 |
| TRINITY ORTHOPAEDICS | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| TRINITY ORTHOPAEDICS | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| TRUGREEN | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| US FAST CASH | Unsecured | 695.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO AUTO FINANCE | Unsecured | NA | 141.77 | 141.77 | 0.00 | 0.00 |
| WELLS FARGO AUTO FINANCE | Secured | 15,483.00 | 15,483.00 | 15,483.00 | 1,721.34 | 0.00 |
| WEST SUBURBAN MEDICAL CENTER | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN MEDICAL CTR | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN MEDICAL CTR | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $487,425.63 | $0.00 | $0.00 |
| Mortgage Arrearage | $90,000.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $15,483.00 | $1,721.34 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$592,908.63** | **$1,721.34** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$45,766.47** | **$0.00** | **$0.00** |

Case 12-40798 Doc 43 Filed 07/30/13 Entered 07/30/13 14:26:13 Desc Main
Document Page 3 of 4

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $2,278.66 |
| Disbursements to Creditors | $1,721.34 |
| **TOTAL DISBURSEMENTS** : | **$4,000.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/30/2013               By: /s/ Tom Vaughn
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**